ENTERED
JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN 1 0 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY WESLLEY KENT,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. CV 09-6844 RNB<br><br>**JUDGMENT** |

In accordance with the Order Reversing Decision of Commissioner and Remanding for Further Administrative Proceedings filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: June 9, 2010

*[signature]*

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE